UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

TED P.,

*Plaintiff*,                                Civil No.  25-11536

v.

COMMISSIONER                       Hon. Elizabeth A. Stafford
OF SOCIAL SECURITY,            United States Magistrate Judge

*Defendant*.
_____/

## STIPULATION TO REMAND TO
## THE COMMISSIONER

Pursuant to sentence four of 42 U.S.C. § 405(g), the parties stipulate that the Court should enter an order reversing and remanding the above-captioned case to the Commissioner for further administrative action.  Following entry of the Court's order, the Commissioner will remand the case for further administrative proceedings, take any action necessary to complete the administrative record, and issue a new decision.

Respectfully submitted,

JEROME F. GORGON JR.
Acting United States Attorney

/s/ Bethany G. Versical[1]

Bethany G. Versical, Esq.

Versical Law PLLC

220 S. Main Street

Royal Oak, MI 48607

(248) 886-9546

beth.versical@gmail.com

Attorney for Plaintiff

/s/ Nicol S. Fitzhugh

Nicol S. Fitzhugh

Special Assistant U.S. Attorney

Office of Program Litigation, Office 4

Office of the General Counsel

Social Security Administration

6401 Security Boulevard

Baltimore, MD 21235

(816) 936-5755

nicol.fitzhugh@ssa.gov[2]

Attorneys for Defendant

---

[1] Signed with consent obtained by email by Special Assistant United States Attorney Nicol S. Fitzhugh.

[2] Of Counsel: Zak Toomey, Assistant United States Attorney, 211 Fort Street, Suite 2001, Detroit, MI 48226, MO 61618.

CERTIFICATE OF SERVICE

I hereby certify that on August 4, 2025, the foregoing document was electronically filed with the Clerk of the Court using the ECF system.

I further certify that I sent the document via electronic mail to:

Bethany G. Versical
Attorney for Plaintiff
Email:  beth.versical@gmail.com


/s/ Nicol S. Fitzhugh
Nicol S. Fitzhugh
Special Assistant United States Attorney
Office of Program Litigation, Office 4
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
(816) 936-5755
Email:  nicol.fitzhugh@ssa.gov

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

TED P.,

　　　　　　　　*Plaintiff*,　　　　　　Civil No.  25-11536

v.

COMMISSIONER　　　　　　　　Hon. Elizabeth A. Stafford
OF SOCIAL SECURITY,　　　　　United States Magistrate Judge

　　　　　　*Defendant*.
_____/

## ORDER REMANDING CASE UNDER
## SENTENCE FOUR PER PARTIES' STIPULATION

The parties' Stipulation to Remand to the Commissioner is granted, and this

case is reversed and remanded to the Commissioner for further proceedings under

sentence four of 42 U.S.C. § 405(g).  Following entry of the Court's order, the

Commissioner will remand the case for further administrative proceedings, take

any action necessary to complete the administrative record, and issue a new

decision.

　　　　　　　　s/Elizabeth A. Stafford_____
　　　　　　　　ELIZABETH A. STAFFORD
　　　　　　　　United States Magistrate Judge

Dated: August 1, 2025

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

TED P.,

*Plaintiff*,                    Civil No.  25-11536

v.

COMMISSIONER                    Hon. Elizabeth A. Stafford
OF SOCIAL SECURITY,             United States Magistrate Judge

*Defendant*.
_____/

## **JUDGMENT**

In accordance with the Order Remanding Case Under Sentence Four Per

Parties' Stipulation entered on this date,

It is ORDERED AND ADJUDGED that the case is REVERSED AND

REMANDED to the Commissioner of Social Security for further proceedings in

accordance with that order.

_____
ELIZABETH A. STAFFORD
United States Magistrate Judge

Dated: