UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

TED P.,

      *Plaintiff*,

Civil No. 25-11536

v.

COMMISSIONER
OF SOCIAL SECURITY,

Hon. Elizabeth A. Stafford
United States Magistrate Judge

      *Defendant*.
_____/

## STIPULATION TO REMAND TO THE COMMISSIONER

Pursuant to sentence four of 42 U.S.C. § 405(g), the parties stipulate that the Court should enter an order reversing and remanding the above-captioned case to the Commissioner for further administrative action. Following entry of the Court's order, the Commissioner will remand the case for further administrative proceedings, take any action necessary to complete the administrative record, and issue a new decision.

Respectfully submitted,

JEROME F. GORGON JR.
Acting United States Attorney

| | |
|---|---|
| /s/ Bethany G. Versical[1] | /s/ Nicol S. Fitzhugh |
| Bethany G. Versical, Esq. | Nicol S. Fitzhugh |
| Versical Law PLLC | Special Assistant U.S. Attorney |
| 220 S. Main Street | Office of Program Litigation, Office 4 |
| Royal Oak, MI 48607 | Office of the General Counsel |
| (248) 886-9546 | Social Security Administration |
| beth.versical@gmail.com | 6401 Security Boulevard |
| | Baltimore, MD 21235 |
| Attorney for Plaintiff | (816) 936-5755 |
| | nicol.fitzhugh@ssa.gov[2] |
| | |
| | Attorneys for Defendant |

---

[1] Signed with consent obtained by email by Special Assistant United States Attorney Nicol S. Fitzhugh.

[2] Of Counsel: Zak Toomey, Assistant United States Attorney, 211 Fort Street, Suite 2001, Detroit, MI 48226, MO 61618.

<u>CERTIFICATE OF SERVICE</u>

    I hereby certify that on August 4, 2025, the foregoing document was electronically filed with the Clerk of the Court using the ECF system.

    I further certify that I sent the document via electronic mail to:

        Bethany G. Versical
        Attorney for Plaintiff
        Email:  beth.versical@gmail.com


        <u>/s/ Nicol S. Fitzhugh</u>
        Nicol S. Fitzhugh
        Special Assistant United States Attorney
        Office of Program Litigation, Office 4
        Office of the General Counsel
        Social Security Administration
        6401 Security Boulevard
        Baltimore, MD 21235
        (816) 936-5755
        Email:  nicol.fitzhugh@ssa.gov

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

TED P.,

        *Plaintiff*,           Civil No.  25-11536

v.

COMMISSIONER          Hon. Elizabeth A. Stafford
OF SOCIAL SECURITY,          United States Magistrate Judge

        *Defendant*.
_____/

## AMENDED ORDER REMANDING CASE UNDER SENTENCE FOUR PER PARTIES' STIPULATION

The parties' Stipulation to Remand to the Commissioner is granted, and this case is reversed and remanded to the Commissioner for further proceedings under sentence four of 42 U.S.C. § 405(g).  Following entry of the Court's order, the Commissioner will remand the case for further administrative proceedings, take any action necessary to complete the administrative record, and issue a new decision.

         s/Elizabeth A. Stafford_____
         ELIZABETH A. STAFFORD
         United States Magistrate Judge

Dated: August 1, 2025

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

TED P.,

      *Plaintiff*,      Civil No.  25-11536

v.

COMMISSIONER      Hon. Elizabeth A. Stafford
OF SOCIAL SECURITY,      United States Magistrate Judge

      *Defendant*.
_____/

## **JUDGMENT**

In accordance with the Order Remanding Case Under Sentence Four Per Parties' Stipulation entered on this date,

It is ORDERED AND ADJUDGED that the case is REVERSED AND REMANDED to the Commissioner of Social Security for further proceedings in accordance with that order.

      s/Elizabeth A. Stafford
      ELIZABETH A. STAFFORD
      United States Magistrate Judge

Dated:   August 1, 2025